UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE TRUSTEES OF THE
TILE, MARBLE & TERRAZZO
INDUSTRY INSURANCE FUND, *et al.*,

    Plaintiffs,    Case No. 22-cv-12206
v.    Hon. Matthew F. Leitman

ARTISAN TILE, INC.*, et al.*,

    Defendants.
_____/

## ORDER REQUIRING PLAINTIFFS TO SERVE DEFENDANTS WITH NOTICE OF HEARING

On January 9, 2023, Plaintiffs filed a motion for a default judgment against Defendants Artisan Tile, Inc., and Jennifer Panning. (*See* Mot., ECF No. 11.) The Court has now issued a Notice of Hearing setting Plaintiffs' motion for an in-person hearing on **June 7, 2023**, at **11:30 am** (*See* Notice of Hearing, ECF No. 13.)

By no later than **April 24, 2023**, Plaintiffs shall serve each Defendant with (1) the Notice of Hearing, (2) this order, and (3) a proposed default judgment.

In addition, by no later than **April 24, 2023**, Plaintiffs shall file a Certificate of Service on the docket confirming that they have served each Defendant with these documents.

Finally, by no later than **April 24, 2023**, Plaintiffs shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 3, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 3, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126