UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THE TRUSTEES OF THE BAC
OF MICHIGAN HEALTH AND
WELFARE FUND, et al.,

      Plaintiffs,                                Case No. 22-cv-12206
                                                    Hon. Matthew F. Leitman

v.

ARTISAN TILE, INC., et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: June 6, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2023, by electronic means and/or ordinary mail.

                                                      s/Holly A. Ryan
                                                      Case Manager
                                                      (313) 234-5126